66256. MANNING v. GEORGIA POWER COMPANY et al.

POPE, Judge.
This court having entered a judgment in the above-styled case at 168 Ga. App. 843 (310 SE2d 536) (1983) affirming the judgment of the trial court, and the judgment of this court having been reversed on certiorari by the Supreme Court at 252 Ga. 404 (314 SE2d 432) (1984), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Carley and Sognier, JJ., concur.*

DECIDED APRIL 25, 1984.

*John E. Neidrach, Paul T. Carroll III, Edward Hine, Jr.*, for appellant.
*Robert L. Pennington, Robert C. Lamar*, for appellees.